**No. 10-10468. Maurice Donnell Cooper, Petitioner v. United States.**

564 U.S. 1013, 131 S. Ct. 3008, 180 L. Ed. 2d 838, 2011 U.S. LEXIS 4522.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 397 Fed. Appx. 404.

**No. 10-10637. In re Carl Anders Eckstrom, Petitioner.**

564 U.S. 1003, 131 S. Ct. 3012, 180 L. Ed. 2d 838, 2011 U.S. LEXIS 4517.

June 13, 2011. Petition for writ of habeas corpus denied.

**No. 10-10568. In re Barry Robert Schotz, Petitioner.**

564 U.S. 1003, 131 S. Ct. 3012, 180 L. Ed. 2d 838, 2011 U.S. LEXIS 4483, ▮

June 13, 2011. Petition for writ of habeas corpus denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-9904. In re Victor Del Rio, Petitioner.**

564 U.S. 1003, 131 S. Ct. 2994, 180 L. Ed. 2d 838, 2011 U.S. LEXIS 4531.

June 13, 2011. Petition for writ of mandamus denied.

**No. 10-880. Carolyn Yvonne Murphy Taylor, Petitioner v. City of Columbia, South Carolina, et al.**

564 U.S. 1013, 131 S. Ct. 3014, 180 L. Ed. 2d 838, 2011 U.S. LEXIS 4510.

June 13, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1287, 131 S. Ct. 1679, 179 L. Ed. 2d 616, 2011 U.S. LEXIS 2257.

**No. 10-8789. James M. Blair, Petitioner v. Alaskan Copper and Brass Company.**

564 U.S. 1013, 131 S. Ct. 3014, 180 L. Ed. 2d 838, 2011 U.S. LEXIS 4501.

June 13, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 921, 131 S. Ct. 1820, 179 L. Ed. 2d 778, 2011 U.S. LEXIS 2667.

**No. 10-9040. Johnney Ramey, Petitioner v. United States District Court for the Eastern District of California, et al.**

564 U.S. 1013, 131 S. Ct. 3014, 180 L. Ed. 2d 838, 2011 U.S. LEXIS 4546.

June 13, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 923, 131 S. Ct. 1845, 179 L. Ed. 2d 783, 2011 U.S. LEXIS 2690.

**No. 10-9044. Isidro Ramirez, Petitioner v. John Ault, Warden.**

564 U.S. 1013, 131 S. Ct. 3014, 180 L. Ed. 2d 838, 2011 U.S. LEXIS 4494.

June 13, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 944, 131 S. Ct. 2111, 179 L. Ed. 2d 906, 2011 U.S. LEXIS 3103.